# MARCH 26, 1941

RUSSELL BELL v. THE STATE.

No. 21510. Delivered March 26, 1941.

The opinion states the case.

*John Menefee,* of McCamey, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder; punishment assessed at fifty years in the penitentiary.

The record is before us without statement of facts or bills of exception, and on March 19, 1941, the judgment of the trial court was affirmed.

Appellant has now filed in this court his affidavit advising that he desires to withdraw his appeal in said cause. It is therefore ordered that the judgment of affirmance be withdrawn and the appeal is dismissed at appellant's request.